KATHLEEN A. LEAVITT                                              E-FILED 02/18/2010
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>RICHARD W HENDERSON<br>CONSTANCE C HENDERSON<br><br><br><br>Debtor (s) | CASE NO: BKS-08-21695-MKN<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**
**YOU ARE BEHIND IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS YOU TAKE ACTION WITHIN 30 DAYS OF THE DATE LISTED BELOW.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of February 18, 2010, payments are delinquent in the amount of $2,680.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on this exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by 03/20/2010, bring the case current by paying, in certified funds to the Chapter 13 Trustee, the amount of $3,350.00**  (This amount represents your delinquency plus your next plan payment due after  2/18/2010); OR

YOU MUST, by 03/20/2010, submit to the Chapter 13 Trustee through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition; OR

YOU MUST file and serve a request for a hearing on the Trustee's Notice of Default, setting forth the reason for requesting the hearing supported by affidavits or declarations.

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE.  PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.  YOUR CASE MAY BE DISMISSED.**

Dated: February 18, 2010 /s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

**Exhibit A to Notice of Default**              **CASE NO.: 08-21695-MKN**
**RICHARD W HENDERSON AND CONSTANCE C HENDERSON**

| Date Posted | Source Number | Description | Amount of Receipt |
| --- | --- | --- | --- |
| Nov 05, 2008 | NSB 5500 | MONEY ORDER FROM DEBTOR | 670.00 |
| Dec 23, 2008 | NSB 6534 | MONEY ORDER FROM DEBTOR | 670.00 |
| Jan 27, 2009 | NSB 8355 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Mar 03, 2009 | NSB 0673 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Apr 08, 2009 | NSB 1439 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| May 27, 2009 | NSB 9728 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Jun 23, 2009 | NSB 4324 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Aug 25, 2009 | NSB 4719 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Sep 24, 2009 | NSB 4891 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| Oct 13, 2009 | NSB 5022 | CASHIER'S CHECK FROM DEBTOR | 1,340.00 |
| Nov 30, 2009 | NSB 2586 | CASHIER'S CHECK FROM DEBTOR | 670.00 |
| | | **Gross Debtor Receipts:** | **$8,040.00** |